UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __08-154M__
2) Defendant's Name: __Avonov__ __Leonid__ _____
   (Last)           (First)           (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes ___No   Date/Time: __2/14/08__
10) Detention Hearing Held: ____ Bail set at: __$250,000__ ROR Entered: ____ POD Entered: ____
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: __2/28/08 @ 11am__; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Patricia Notopovlos__
14) DEFENSE COUNSEL'S NAME: __Steven Bronstein__
    Address: _____
    Bar Code: _____ CJA: __✓__ FDNY: ____ RET: ____
    Telephone Number: (____) _____
15) LOG #: ____ ( __5:14 - 5:20__ ) MAG. JUDGE: __J. Orenstein__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    __✓__ Additional surety (ies) to co-sign bond by __2/22/08__

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE