## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE JOAN M. AZRACK     DATE : 2/21/08

DOCKET NUMBER : 08 M 154     LOG # : ( 11:15 - 11:16 )
                                     ( 11:42 - 11:42 )

DEFENDANT'S NAME : LEONID ARONOV

✓ Present    ___ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL : Gino Singer

___ Federal Defender of NY    ___ CJA    ✓ Retained

A.U.S.A. PATRICIA NOTOPOULOS     DEPUTY CLERK : S.M. YUEN

INTERPRETER : _____ (Language) _____

____ Hearing held. ____ Hearing adjourned to ____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) Maria Aronov ✓ were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-sgned bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : Deft waived preliminary hearing. Deft's permitted to go to Cincinnati 2/29 - 3/2/08

United States District Court
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

Leonid Aronov
_____
Defendant

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: 08-154M

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or $250,000
[ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY SDNY, NJ

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____
[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.
[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work; as directed by PTS
   [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____;
   [ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[✓] 6. Other Conditions: One financial responsible surety to co-sign bond by 2/22/08

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 250,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[✓] premises located at: 2054 Charles Court Mahwah NJ owned by Maria Aronov
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 2/22/08.

[ ] Other Conditions: _____

Maria Aronov   Address: 2054 Charles ct Mahwah, N.J. 07430
Maria Aronov
Surety

_____   Address: _____
Surety

_____   Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on Feb. 15, 2008

_____, USM

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

(6)