# CRIMINAL CALENDAR

MAGISTRATE JUDGE  JOAN M. AZRACK

DATE  JUNE 6, 2008
USAO #    F. #2008R00831

UNITED STATES VS.  LEONID ARONOV

MAGISTRATE NO.   08 M 0154

**CRIMINAL CAUSE FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE.**

( ) VACATE WARRANT

FOR THE GOVERNMENT:  PATRICIA E. NOTOPOULOS, AUSA
           (NOT VALID WITHOUT SIGNATURE)

(X) TWO SEVENTY-ONE PIERREPONT PLAZA  ( ) 100 FEDERAL PLAZA. CENTRAL ISLIP, NY

( ) 195 MONTAGUE STREET

FOR THE DEFENDANT:   GINO JOSH SINGER, ESQ.

DEFENDANT STATUS:    ( ) INCARCERATED
                     (IF INCARCERATED PLEASE 475 DEFENDANT FOR COURT APP.)

                     ( X ) NOT INCARCERATED

SO ORDERED:   s/ MJ Azrack
              UNITED STATES MAGISTRATE JUDGE
              EASTERN DISTRICT OF NEW YORK