UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | APPLICATION IN SUPPORT OF MOTION TO DISMISS |
| -against- | RULE 7(b) NOTICE |
| LEONID ARONOV, | 08 CR 374 (RJD) |
| Defendant. | |

- - - - - - - - - - - - - - - X

   LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Patricia E. Notopoulos, Assistant United States Attorney, hereby moves this Court to grant leave to dismiss the notice of intent to file an information pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure ("Rule 7(b)") filed in the matter of Criminal Docket No. 08 CR 372 (RJD), against LEONID ARONOV, a defendant named therein. In support of this Application, the UNITED STATES OF AMERICA represents as follows:

   1. On February 14, 2008, the above-captioned defendant was arrested on a warrant based upon a complaint, Magistrate No. 08-154, which charged a violation of Title 18, United States Code, Section 659 (theft of interstate and foreign shipment). That complaint was dismissed on June 6, 2008 without prejudice.

   2. Through subsequent plea negotiations with defense counsel Gino Josh Singer, Esq., the government and the defendant reached an agreement to have the defendant plead guilty to an information charging a violation of Tile 18, United States Code,

Section 1001 (false statement to law enforcement). To that end, the government filed a notice of intent to file an information pursuant to Rule 7(b) and the matter was assigned to the Court.

2. Following the filing of the Rule 7(b) motion, there was a dispute as to the amount of money that ARONOV would have to pay as restitution as a result of the plea agreement. This matter remains unresolved. As a result of the impasse between the parties, the government moves to dismiss the Rule 7(b) motion and remove the case from the Court's calendar.

WHEREFORE, the UNITED STATES OF AMERICA respectfully requests that the Court issue an Order granting this Application to dismiss the Rule 7(b) notice without prejudice.

Dated: Brooklyn, New York
February 2, 2011

Patricia E. Notopoulos
Assistant U.S. Attorney