UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

LEONID ARONOV,

        Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

08 CR 374 (RJD)

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Patricia E. Notopoulos, it is hereby

        ORDERED that the notice filed pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure in the above-captioned case be dismissed without prejudice.

Dated:    Brooklyn, New York
           February 2 , 2011

                                s/ Judge Raymond J. Dearie

                                THE HONORABLE RAYMOND J. DEARIE
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK