UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

- against -

LEONID ARONOV,

                      Defendant.
-----------------------------------------------------------x

**Notice of Motion**
08 Cr. 374 (RJD)

**PLEASE TAKE NOTICE** that, upon the affirmation of Michael Macklowitz, Esq. and the accompanying and Memorandum of Law, LEONID ARONOV will move this Court, before the Honorable Raymond J. Dearie, at the courthouse at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be set by the Court, for an order dismissing the complaint in the referenced action and terminating any conditions imposed in connection with Aronov's release on bail.

Dated: November 27, 2013
       New York, New York

s/MICHAEL MACKLOWITZ
299 Broadway, Suite 1405
New York, New York 10007
(212) 227-6655

*Attorney for Leonid Aronov*

To: AUSA Patricia Notopoulos
     United States Attorney's Office
     Eastern District of New York
     271 Cadman Plaza East
     Brooklyn, New York 11201

3/14/13

The complaint having been dismissed by Judge Azrack, this application is in all respects denied.

So ordered.

/s/ Judge Raymond J. Dearie